Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−15550−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald McCole
163 Cross Slope Ct
Unit K
Manalapan, NJ 07726−2446

Marie McCole
163 Cross Slope Ct
Unit K
Manalapan, NJ 07726−2446

Social Security No.:
xxx−xx−5154                                    xxx−xx−4415

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        10/26/22
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $4,657.50

EXPENSES
expenses: $512.00

If this is a chapter 13 case, the fees and expenses awarded:

☑         will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐         will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 15, 2022

JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-15550-MBK

Donald McCole                                                                       Chapter 13

Marie McCole

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                   Page 1 of 3

Date Rcvd: Sep 15, 2022                         Form ID: 137                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Donald McCole, Marie McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| 519694046 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519657438 | + | CentraState Healthcare System, PO Box 6189, Freehold, NJ 07728-6189 |
| 519657441 | + | Jersey Shore University Med Ctr, PO Box 48028, Newark, NJ 07101-4828 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657435 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519699219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 20:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519657437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 20:45:25 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519684541 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 20:46:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684542 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 20:46:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519695322 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 20:42:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519657439 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2022 20:45:54 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519657443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 20:46:32 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519662090 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657440 | | Email/Text: mrdiscen@discover.com | Sep 15 2022 20:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519657442 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 15 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519685777 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:46:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519657444 | | Email/Text: Mercury@ebn.phinsolutions.com | | |

| | | | |
|---|---|---|---|
| | | Sep 15 2022 20:41:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519683782 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 15 2022 20:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519657436 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 15 2022 20:41:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 |
| 519702784 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 15 2022 20:42:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519657445 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 15 2022 20:45:46 | Synch/cctr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519658662 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 15 2022 20:46:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684444 | + Email/Text: bncmail@w-legal.com | | |
| | | Sep 15 2022 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519657446 | Email/Text: bncmail@w-legal.com | | |
| | | Sep 15 2022 20:42:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Donald McCole ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Marie McCole ecf@gbclawgroup.com |

mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5