Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−15550−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Donald McCole                                Marie McCole
   163 Cross Slope Ct                     163 Cross Slope Ct
   Unit K                                          Unit K
   Manalapan, NJ 07726−2446         Manalapan, NJ 07726−2446

Social Security No.:
   xxx−xx−5154                               xxx−xx−4415

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 19, 2022.

Dated: September 19, 2022
JAN: ldd

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-15550-MBK |
|---|---|
| Donald McCole | Chapter 13 |
| Marie McCole | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2022 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Donald McCole, Marie McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| 519694046 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519657438 | + | CentraState Healthcare System, PO Box 6189, Freehold, NJ 07728-6189 |
| 519657441 | + | Jersey Shore University Med Ctr, PO Box 48028, Newark, NJ 07101-4828 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657435 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2022 20:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519699219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2022 20:37:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519657437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2022 20:36:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519684541 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2022 20:36:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684542 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2022 20:36:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519695322 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2022 20:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519657439 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2022 20:36:40 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519657443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2022 20:46:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519662090 | | Email/Text: mrdiscen@discover.com | Sep 19 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657440 | | Email/Text: mrdiscen@discover.com | Sep 19 2022 20:37:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519657442 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 19 2022 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519685777 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2022 20:36:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519657444 | | Email/Text: Mercury@ebn.phinsolutions.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2022 | Form ID: plncf13 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Sep 19 2022 20:38:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519683782 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2022 20:37:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519657436 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2022 20:37:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 |
| 519702784 | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2022 20:38:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519657445 | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:25 | Syncb/cctr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519658662 + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684444 + | Email/Text: bncmail@w-legal.com | Sep 19 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519657446 | Email/Text: bncmail@w-legal.com | Sep 19 2022 20:38:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Donald McCole ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Marie McCole ecf@gbclawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 19, 2022 | Form ID: plncf13 | Total Noticed: 26

mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5