**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on October 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Donald and Marie McCole, | Case No. 22-15550 |
| Debtor(s). | Hearing Date: October 26, 2022 |
|  | Judge: Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 27, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4881-8601-1443, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____4,657.50_____for services rendered and expenses in the amount of $_____512.00_____for a total of $_____5,169.50_____. The allowance is payable:

☒ $ 2,669.50   through the Chapter 13 plan as an administrative priority.

☒ $ 2,500.00   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for __n/a_____months to allow for payment of the above fee.

*rev.8/1/15*

4881-8601-1443, v. 1