```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtors
By: Marc C. Capone, Esq.
```

| In Re: | Case No.: **22-15550** |
|---|---|
| **Donald and Marie McCole** | Judge:   **Michael B. Kaplan** |
| Debtors | Chapter:    **13** |
|  | Hearing Date: |

## CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

    ___ represent the _____ in the above-captioned matter.

    **X**   am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtors** in the above captioned matter.

2. On  **November 18, 2024**, I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below:

    **Application to Appoint Realtor, Certification and Proposed Order**

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: 11/18/24                                                **/s/ Tiffany Vasarkovy**_____
                                                                            TIFFANY VASARKOVY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo | Chapter 13 Trustee | ___ Hand Delivered<br>___ Regular Mail<br>___Certified mail/RR<br>___ E-mail<br>__X__ Notice of Electronic Filing<br>__Other_____ |
| Donald and Marie McCole<br>163K Cross Slope Court<br>Manalapan, NJ 07726 | Debtors | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>__X__ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4891-7808-1460, v. 1