UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Donald and Marie McCole

Case No.: 22-15550  
Chapter: 13  
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

_____Marie McCole_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____ at 9:00AM a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 163K Cross Slope Court  
Manalapan, NJ 07726

Proposed Purchaser: Diana Voshchinsky

Sale price: $220,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Blake Laurence, Esq. /Gregg Schweikert-Weichert Realtors  
Amount to be paid: $1,550.00/ $9,900.00  
Services rendered: Mr. Laurence has represented the Debtor through attorney review, prepared the necessary closing documents on behalf of the Debtor and will represent her at closing. Mr. Schweikert listed the house on the MLS, showed the house to potential buyers, etc.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Gillman Capone, LLC

Address: 60 Highway 71, Unit 2 Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*