UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donald McCole and Marie McCole

Case No.: 22-15550

Chapter: 13

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 11, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Marc C Capone_____ for the reduction of time for a hearing on __Motion to Sell 163 Cross Slope Court, Apt K., Manalapan, NJ__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____April 23, 2025_____ at __9:00 am__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Trustee and any and all interested parties.__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*