|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Gillman Capone, LLC<br>60 Highway 71<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Attorney for Debtor<br>By: Marc C. Capone, Esq. |  |
| In Re:<br><br>**Donald and Marie McCole**<br><br>               Debtor | Case No.: **22-15550**<br><br>Judge:   **Michael B. Kaplan, USBJ**<br><br>Chapter: **13**<br><br>Hearing Date: |

## CERTIFICATION OF SERVICE

1.    I, **Tiffany Vasarkovy**:

   \_\_\_ represent the _____ in the above-captioned matter.

   **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtors** in the above captioned matter.

2.    On **April 11, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Motion to Authorize Sale of Real Property- Certification, Application and Proposed Order**

3.    I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 4/11/25                                **/s/ Tiffany Vasarkovy**
                                                      TIFFANY VASARKOVY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo arusso@russotrusee.com | Chapter 13 Trustee | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>**X** Notice of Electronic Filing<br>___ Other |
| Discover Bank mrdiscpc@discover.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |
| Bank of America c/o Denise Carlon, Esq. DCarlon@kmllawgroup.com | Attorney for Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail:<br>**X** Notice of Electronic Filing<br>___ Other |
| PNC Bank Bankruptcy.Claims@PNC.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |

4900-5955-9477, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Bank<br>c/o Weinstein & Riley, PS<br>bncmail@w-legal.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |
| Capital One Bank<br>c/o American InfoSource<br>POC_AIS@aisinfo.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>askbk@resurgent.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail:<br>___ Notice of Electronic Filing<br>___ Other |
| Bank of America<br>Card_bankruptcy_poc@bofa.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CitiBank, NA<br>c/o Quantum3 Group LLC<br>claims@quantum3group.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |
| Mercury Financial First Bank & Trust<br>c/o Quantum3 Group LLC<br>claism@quantum3group.com | Creditor | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>**X** E-mail<br>___ Notice of Electronic Filing<br>___ Other |
| | | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail:<br>___ Notice of Electronic Filing<br>___ Other |
| | | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other |