UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Donald and Marie McCole

Case No.: 22-15550
Chapter: 13
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

_____Marie McCole_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____ at 9:00AM a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 163K Cross Slope Court
Manalapan, NJ 07726

Proposed Purchaser: Diana Voshchinsky

Sale price: $220,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Blake Laurence, Esq. /Gregg Schweikert-Weichert Realtors |
| Amount to be paid: | $1,550.00/ $9,900.00 |
| Services rendered: | Mr. Laurence has represented the Debtor through attorney review, prepared the necessary closing documents on behalf of the Debtor and will represent her at closing. Mr. Schweikert listed the house on the MLS, showed the house to potential buyers, etc. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Gillman Capone, LLC

Address: 60 Highway 71, Unit 2 Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-15550-MBK

Donald McCole  Chapter 13

Marie McCole

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Apr 11, 2025    Form ID: pdf905    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Donald McCole, Marie McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| sp | + | Blake Laurence, Davison, Eastman, Munoz & Paone, 100 Willow Brook Road, Ste 100, Freehold, NJ 07728-5920 |
| r | + | Weichert Realtors, 626 US Highway 9, Freehold, NJ 07728-9868 |
| 519657438 | + | CentraState Healthcare System, PO Box 6189, Freehold, NJ 07728-6189 |
| 519657441 | + | Jersey Shore University Med Ctr, PO Box 48028, Newark, NJ 07101-4828 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2025 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657435 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2025 21:25:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519699219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2025 21:25:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519694046 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2025 21:25:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519657437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2025 21:46:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519684541 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2025 21:36:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684542 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2025 21:24:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519695322 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2025 21:27:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519657439 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2025 21:24:30 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519657443 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2025 21:35:47 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519662090 | | Email/Text: mrdiscen@discover.com | Apr 11 2025 21:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657440 | | Email/Text: mrdiscen@discover.com | Apr 11 2025 21:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519657442 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Apr 11 2025 21:24:03 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519685777 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2025 21:24:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519657444 | Email/Text: Mercury@ebn.phinsolutions.com | Apr 11 2025 21:25:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519683782 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2025 21:25:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519657436 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2025 21:25:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 |
| 519702784 | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2025 21:27:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519657445 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2025 21:35:30 | Syncb/cctr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519658662 | ^ MEBN | Apr 11 2025 21:14:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684444 | + Email/Text: bncmail@w-legal.com | Apr 11 2025 21:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519657446 | Email/Text: bncmail@w-legal.com | Apr 11 2025 21:27:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 11, 2025 | Form ID: pdf905 | Total Noticed: 28 |

Marc C Capone
    on behalf of Debtor Donald McCole ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Joint Debtor Marie McCole ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6