Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–15550–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald McCole | Marie McCole |
| 163 Cross Slope Ct | 163 Cross Slope Ct |
| Unit K | Unit K |
| Manalapan, NJ 07726–2446 | Manalapan, NJ 07726–2446 |

Social Security No.:
  xxx–xx–5154                                   xxx–xx–4415

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

163K Cross Slope Ct., Manalapan, NJ.

Dated: April 17, 2025
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk