**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on June 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Donald and Marie McCole,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 22-15550<br><br>Hearing Date: June 4, 2025<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4902-6343-3277, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____ 4,731.00 _____ for services rendered and expenses in the amount of $_____ 15.00 _____ for a total of $_____ 4,746.00 _____. The allowance is payable:

- ☒ $ __0__ through the Chapter 13 plan as an administrative priority.

- ☒ $ __4,746.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ N/A _____ per month for __N/A__ months to allow for payment of the above fee.

*rev.8/1/15*

2

4902-6343-3277, v. 1