UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Donald McCole and Marie McCole

Case No.: 22-15550

Chapter: 13

Judge: Michael B. Kaplan

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, Marie McCole, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 06/20/2025

/s/ Marie McCole
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*