Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 22−15550−MBK
                      Chapter: 13
                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald McCole | Marie McCole |
| 163 Cross Slope Ct | 163 Cross Slope Ct |
| Unit K | Unit K |
| Manalapan, NJ 07726−2446 | Manalapan, NJ 07726−2446 |

Social Security No.:
  xxx−xx−5154                                   xxx−xx−4415

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after August 28, 2025 for the reason(s) indicated below.

- [x] Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- [ ] Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 29, 2025
JAN: mrg

                                                  Jeanne Naughton
                                                  Clerk