| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman Capone LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone: (732) 528-1166<br>Email: bk@gillmancapone.com<br>By: Marc C. Capone, Esq.<br>Attorney for Debtors |
| In Re:<br><br>Donald McCole and Marie McCole |

Case No.:     22-15550

Chapter:          13

Judge:      Micheal B. Kaplan

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, Marie McCole_____, am the

☐ Executor (select if appointed by a will)

☐ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☒ Other (identify relationship to debtor) Co-Debtor/Spouse_____,

and hereby certify as follows:

1. Debtor, Donald McCole_____ (name of debtor),

   ☒ died on  10/14/2022  (date).

   ☐ was declared legally incompetent on _____ (date) by _____
   _____ (insert appropriate court).

**IMPORTANT: PLEASE <u>DO NOT</u> INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM. ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2. The debtor's legal representative is <u>Marie McCole, Spouse</u>

_____ (if known, include title and contact information).

3. I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: 8/6/25

Signature: /s/ Marie McCole
Print name: Marie McCole/DonnaBurgio POA
Address: 20 Edwards Drive
Freehold NJ 07728
Filed by: Marc C. Capone, Esq.
         Attorney/Other

rev.8/1/2024