| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald McCole <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5154 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Marie McCole <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4415 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22–15550–MBK | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Marie McCole

<u>11/4/25</u>   **By the court:** <u>Michael B. Kaplan</u>
   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 22-15550-MBK
Donald McCole                                                                                    Chapter 13
Marie McCole
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                  Page 1 of 3
Date Rcvd: Nov 04, 2025                 Form ID: 3180WJ2                        Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Donald McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| jdb | # | Marie McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| sp | + | Blake Laurence, Davison, Eastman, Munoz & Paone, 100 Willow Brook Road, Ste 100, Freehold, NJ 07728-5920 |
| r | + | Weichert Realtors, 626 US Highway 9, Freehold, NJ 07728-9868 |
| 519657438 | + | CentraState Healthcare System, PO Box 6189, Freehold, NJ 07728-6189 |
| 519657441 | + | Jersey Shore University Med Ctr, PO Box 48028, Newark, NJ 07101-4828 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657435 | | EDI: BANKAMER | Nov 05 2025 01:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519699219 | | EDI: BANKAMER | Nov 05 2025 01:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519694046 | | EDI: BANKAMER | Nov 05 2025 01:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519657437 | | EDI: CAPITALONE.COM | Nov 05 2025 01:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519684541 | + | EDI: AIS.COM | Nov 05 2025 01:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684542 | + | EDI: AIS.COM | Nov 05 2025 01:41:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519695322 | | EDI: Q3G.COM | Nov 05 2025 01:41:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519657439 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 21:10:05 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519657443 | | EDI: CITICORP | Nov 05 2025 01:41:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519662090 | | EDI: DISCOVER | Nov 05 2025 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657440 | | EDI: DISCOVER | Nov 05 2025 01:41:00 | Discover Financial, Attn: Bankruptcy, PO Box |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: 3180WJ2 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 519657442 | EDI: CAPITALONE.COM | Nov 05 2025 01:41:00 | 3025, New Albany, OH 43054-3025 Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 | |
| 519685777 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 21:09:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | |
| 519657444 | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2025 20:55:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 | |
| 519683782 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 | |
| 519657436 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 | |
| 519702784 | EDI: Q3G.COM | Nov 05 2025 01:41:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 | |
| 519657445 | EDI: SYNC | Nov 05 2025 01:41:00 | Syncb/cctr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 519658662 | + EDI: PRA.COM | Nov 05 2025 01:41:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 519684444 | + Email/Text: bncmail@w-legal.com | Nov 04 2025 20:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 | |
| 519657446 | EDI: WTRRNBANK.COM | Nov 05 2025 01:41:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 | |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

Case 22-15550-MBK    Doc 67    Filed 11/06/25    Entered 11/07/25 00:12:57    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: 3180WJ2 | Total Noticed: 29 |

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |
| | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Marc C Capone | |
| | on behalf of Debtor Donald McCole ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | |
| | on behalf of Joint Debtor Marie McCole ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6