Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15550−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald McCole
163 Cross Slope Ct
Unit K
Manalapan, NJ 07726−2446

Marie McCole
163 Cross Slope Ct
Unit K
Manalapan, NJ 07726−2446

Social Security No.:
 xxx−xx−5154                                             xxx−xx−4415

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: November 4, 2025
JAN: llb

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15550-MBK |
| Donald McCole | Chapter 13 |
| Marie McCole | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2025 | Form ID: cscnodsc | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Donald McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| jdb | # | Marie McCole, 163 Cross Slope Ct, Unit K, Manalapan, NJ 07726-2446 |
| sp | + | Blake Laurence, Davison, Eastman, Munoz & Paone, 100 Willow Brook Road, Ste 100, Freehold, NJ 07728-5920 |
| r | + | Weichert Realtors, 626 US Highway 9, Freehold, NJ 07728-9868 |
| 519657438 | + | CentraState Healthcare System, PO Box 6189, Freehold, NJ 07728-6189 |
| 519657441 | + | Jersey Shore University Med Ctr, PO Box 48028, Newark, NJ 07101-4828 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657435 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2025 20:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519699219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2025 20:55:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519694046 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2025 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519657437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:21:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519684541 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2025 21:09:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684542 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2025 21:10:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519695322 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2025 20:55:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519657439 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 21:09:46 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519657443 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2025 21:21:57 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519662090 | | Email/Text: mrdiscen@discover.com | Nov 04 2025 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657440 | | Email/Text: mrdiscen@discover.com | Nov 04 2025 20:55:00 | Discover Financial, Attn: Bankruptcy, PO Box |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: cscnodsc | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 519657442 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:22:03 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519685777 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 21:21:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519657444 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2025 20:55:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519683782 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519657436 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 |
| 519702784 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2025 20:55:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519657445 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 21:10:28 | Syncb/cctr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519658662 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 21:09:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684444 | + | Email/Text: bncmail@w-legal.com | Nov 04 2025 20:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519657446 | | Email/Text: bncmail@w-legal.com | Nov 04 2025 20:55:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Nov 04, 2025 Form ID: cscnodsc Total Noticed: 29

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |
| | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Marc C Capone | |
| | on behalf of Debtor Donald McCole ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | |
| | on behalf of Joint Debtor Marie McCole ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6